## CONNOLLY v. HAMILL.

*Contract — construction of — made by letters — Delivery.*

Plaintiff, who resided in Ireland, wrote to his agent in New York this : " I offer to ship for account of Mr. Hamill (defendant) 500 tons of good scraps at £5 10s.   * * *   to New York, the iron to be shipped in the first suitable vessel." To this defendant replied by letter, informing plaintiff that his agent " has this day offered to me the iron described in your letter to him. I have offered to take the iron at $56 per ton delivered in this city." Plaintiff replied by letter : " I am favored with your letter accepting my offer to ship you 500 tons scrap iron as described in my letter of 21st July (the one to the agent), at $56 per ton, which I hereby confirm." Defendant made no answer to this letter. Plaintiff shipped the iron, and forwarded the bill of lading to the defendant, who acknowledged the receipt of the same. *Held*, that the contract was one to ship on account of defendant and not to deliver in New York, and the iron was at the risk of the defendant, and the title in him after the same was properly shipped.

APPEAL by defendant from a judgment in favor of plaintiff, entered upon a verdict directed by the court.

The action was brought by Charles Connolly against Henry F. Hamill, to recover for the deficiency on a resale of iron sold by plaintiff to defendant.

*John F. Malcolm* and *John E. Burrill*, for appellant.

*Scudder & Carter*, for respondent.

WESTBROOK, J.

The only material points passed upon in the opinion are stated sufficiently in the head-note.

*Judgment affirmed.*